# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: February 12, 2020

| | | |
|---|---|---|
| * * * * * * * * * * * * * | | |
| JAMES BLUTE, | * | UNPUBLISHED |
| Petitioner, | * | No. 17-1381V |
| v. | * | Special Master Gowen |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | * | Order Concluding Proceedings; Vaccine Rule 21(a). |
| Respondent. | * | |
| * * * * * * * * * * * * * | | |

*Isaiah R. Kalinowski*, Maglio Christopher & Toale PA, Washington, DC for petitioner.
*Debra A. Filteau Begley*, United States Department of Justice, Washington, DC, for respondent.

### ORDER CONCLUDING PROCEEDINGS[1]

On February 11, 2020, the parties filed a joint stipulation of voluntary dismissal pursuant to Vaccine Rule 21(a)(1)(B). ECF No. 50.

Accordingly, pursuant to Vaccine Rule 21(a), the above-captioned case is **dismissed without prejudice**. The Clerk of the Court is hereby instructed that **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

s/Thomas L. Gowen
Thomas L. Gowen
Special Master

---

[1] Pursuant to the E-Government Act of 2002, *see* 44 U.S.C. § 3501 note (2012), because this opinion contains a reasoned explanation for the action in this case, I am required to post it on the website of the United States Court of Federal Claims. The court's website is at http://www.uscfc.uscourts.gov/aggregator/sources/7. **This means the opinion will be available to anyone with access to the Internet.** Before the opinion is posted on the court's website, each party has 14 days to file a motion requesting redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). "An objecting party must provide the court with a proposed redacted version of the decision." *Id.* **If neither party files a motion for redaction within 14 days, the opinion will be posted on the court's website without any changes.** *Id.*